UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER TERRILL RADFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendants. | No. 1:25-cv-00828-GSA<br><br>ORDER TERMINATING ECF NO. 12 (OPENING BRIEF) AND DIRECTING PLAINTIFF TO REFILE AS A MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No 12.) |

　　　Per the scheduling order (ECF No. 5 at 2), the opening brief is now to be docketed as a motion for summary judgment for case tracking and other administrative purposes.

　　　Accordingly, it is **ORDERED** that the opening brief (ECF No. 12) is terminated, and Plaintiff is directed to refile it as a motion for summary judgment.

IT IS SO ORDERED.

Dated: __**October 16, 2025**__　　　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1