UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER TERRILL RADFORD,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendants. | No.  1:25-cv-00828-GSA<br><br>ORDER CLARIFYING DEFENDANT'S DEADLINE TO FILE A CROSS-MOTION FOR SUMMARY JUDGMENT |

On September 30, 2025, Plaintiff filed an opening brief. ECF No. 12. Per the scheduling order (ECF No. 5 at 2), the opening brief was to be docketed as a motion for summary judgment for the sake of tracking case statistics and other administrative purpose. On October 16, 2025, the Court terminated Plaintiff's opening brief and directed Plaintiff to refile the document as a motion for summary judgment. ECF No. 13.

On October 17, 2025, Plaintiff re-filed the brief as a motion for summary judgment. ECF No. 14. Pursuant to the scheduling order, Defendant was to file a responsive brief ("Cross-motion for summary judgment") within 30 days of Plaintiff's motion for summary judgment, which would fall on October 30, 2025. ECF No. 5 at 2.

Due to the potential confusion arising from Plaintiff's refiling of the brief as a Motion for Summary Judgment, Defendant's deadline to file a cross-motion for summary judgment is extended to and including November 7, 2025.

1

IT IS SO ORDERED.

Dated:   **October 27, 2025**                              **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE